Ethel Trimmer, Administrator, etc., Appellant, v. Franklin Life Insurance Company et al., Appellees.

Gen. No. 9,375.

opinion filed May 27, 1943.; rehearing denied July 8, 1943. James S. Baldwin, for appellant; James T. Whitley, for appellees. Opinion by JUSTICE DADY. "Not to be published in full."

Fred McCuan and Eutha McCuan, His Wife, Appellants, v. Anthony Claro, Appellee.

opinion filed June 1, 1943. D. L. Duty and Chas. D. Winters, for appellants; Lloyd Sloan and Trafton Dennis, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."